IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DAVID WALKER,<br><br>        Plaintiff,<br><br>vs.<br><br>HUGH SMITH; ROBERT MADDISON, JR.; MICHAEL MOMENT, and Officer KUTONYA DIXON KING,<br><br>        Defendants. | CIVIL ACTION NO.: CV605-128 |

### ORDER

Plaintiff has filed a request for a "Court Order to Charge Each Defendants and Witnesses with Perjury." Plaintiff's request is **DENIED**.

**SO ORDERED**, this 6th day of October, 2006.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)