IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DAVID WALKER,

    Plaintiff,

vs.

HUGH SMITH; ROBERT MADDISON, JR.; MICHAEL MOMENT, and Officer KUTONYA DIXON KING,

    Defendants.

CIVIL ACTION NO.: CV605-128

### ORDER

In a pleading titled "Answer to Summary Judgment," Plaintiff inquires as to the status of the Motion for Summary Judgment. A review of the Clerk's docket shows that the undersigned entered a Report and Recommendation on December 12, 2006. Objections are to be filed by January 2, 2007. To the extent Plaintiff's inquiry is deemed a motion, it is **dismissed**.

SO ORDERED, this 21st day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)